U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:
BART BECKER, et al.
v.
ROAD RANGER, L.L.C.                                      08 C 50189

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF BART BECKER

FILED
AUG 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> ALEX HAGELI | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Alex Hageli | |
| FIRM <br> LAW OFFICE OF ALEX M. HAGELI | |
| STREET ADDRESS <br> 435 S CLEVELAND AVENUE, SUITE 306 | |
| CITY/STATE/ZIP <br> ARLINGTON HEIGHTS, IL 60005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6272337 | TELEPHONE NUMBER <br> 847-392-4832 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐